Brian Anthony BOYD, Plaintiff–Appellant,

v.

Officer BELL; Eddie Pearson, Warden; Ronald Angelone, Director, Virginia Department of Corrections; David Everette, Security Warden; Virginia Department Of Corrections; Officer Banks; Officer Kennon; Houston L. Shifflett; John Doe; Jane Doe, Defendants–Appellees.

No. 03–6094.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 31, 2003.

Brian Anthony Boyd, Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Brian Anthony Boyd appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Boyd v. Bell*, No. CA–01–1745–AM

(E.D.Va. filed Dec. 2, 2002 & entered Dec. 5, 2002). We deny Boyd's motion for a transcript at government expense as the district court did not conduct a hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*